**Opinion issued July 15, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00308-CV
_____

## IN RE J-M MANUFACTURING COMPANY, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J-M Manufacturing Company, Inc. ("J-M"), filed a petition for writ

of mandamus challenging the trial court's denial of its request that "all trial

proceedings . . . be reported by a certified court reporter."[1]  J-M requested that this

---

[1]  The underlying case is *Andrea Jean Thompson, Individually and as Executrix of the Estate of Tracy Dean Thompson, Deceased, and Mandy Thompson Zorn v. J-M Manufacturing Company, Inc., Individually and as Successor in Interest to J-M A/C Pipe Corporation*, No. 2018-10109, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

Court "command[] [the trial court] to order the . . . official court reporter to make a complete record of all proceedings."

J-M also filed a "Motion for Emergency Temporary Relief," requesting a stay of all trial court proceedings pending this Court's resolution of its petition for writ of mandamus. On June 11, 2021, we granted J-M's request for emergency relief, staying all proceedings in trial court case number 2018-10109.

J-M has filed a motion to dismiss its petition for writ of mandamus. In the motion, J-M represents that its request for relief in the mandamus petition "ha[s] been rendered moot" because trial court case number 2018-10109 has been transferred to the 55th District Court of Harris County, Texas and "a certified court reporter [will be] present for trial proceedings." J-M's motion includes a certificate of conference representing that no party opposes the relief requested in J-M's motion to dismiss its mandamus petition. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant J-M's motion, dismiss the petition for writ of mandamus, and lift the stay imposed by our June 11, 2021 order. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.

2